# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| YAHYA MUHAMMAD | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | NO. 21-4914 |
| v. | : | |
| | : | |
| DENTAL IMAGING | : | |
| TECHNOLOGIES CORP. d/b/a | : | |
| Envista Kavo-Kerr | : | |
| *Defendant* | : | |

## ORDER

**AND NOW**, this 7th day of January 2022, upon consideration of the *joint stipulation to stay pending arbitration*, [ECF 3], it is hereby **ORDERED** that the stipulation is **APPROVED**. Accordingly, this matter is **STAYED** pending the completion of the arbitration proceeding. The Clerk of Court is directed to place this matter in civil suspense. The parties are directed to inform this Court when the arbitration proceeding has been completed or when this matter has been resolved.

BY THE COURT:

*/s/ Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*